HANSON et al. v. VOLL et al.

No. 11,951; July 2, 1889.

21 Pac. 971.

Appeal—Failure to File Briefs.—When a case is submitted, without oral arguments, on briefs to be filed, and none are filed, the judgment will be affirmed without looking into the record.

APPEAL from Superior Court, City and County of San Francisco; T. H. Rearden, Judge.

David McClure for appellants; William H. Fifield for respondents.

BELCHER, C. C.—This case was submitted, without oral argument, on briefs to be filed. The time allowed for filing briefs has elapsed, and none have been filed. In such case the rule is well settled that judgment will be affirmed without looking into the record. We therefore advise that the judgment here appealed from be affirmed.

We concur: Hayne, C.; Foote, C.

PER CURIAM.—For the reasons given in the foregoing opinion the judgment is affirmed.